THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT REMBISZ**
**CHERYL C. REMBISZ**                                                                                    **PLAINTIFFS**

v.                    Case No. 4:22-cv-00013-KGB
                      Case No. 4:20-md-2949 KGB

**WRIGHT MEDICAL TECHNOLOGY, INC.**                                              **DEFENDANT**

## ORDER

Before the Court is a notice of voluntary dismissal of Robert Rembisz and Cheryl C. Rembisz (Dkt. No. 5). The notice of voluntary dismissal accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the notice of voluntary dismissal. The action is dismissed with prejudice as to Robert and Cheryl Rembisz, with each party to bear its own costs and fees.

It is so ordered this 5th day of August, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge